No. 683. WATERMAN STEAMSHIP CORP. *v.* ODOM. C. A. 5th Cir. Certiorari denied. *T. K. Jackson, Jr.* for petitioner. *Michael J. Salmon* for respondent. ■

No. 722. BURRELL *v.* UNITED STATES; and

No. 913, Misc. MOORE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Palmer K. Ward* for petitioner in No. 722. Petitioner *pro se* in No. 913, Misc. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.

No. 739. MIGUEL ET AL. *v.* JUSTICES OF THE SUPREME COURT OF NEW YORK, COUNTY OF NEW YORK, ET AL. Appellate Division, Supreme Court of New York, First Judicial Department. Certiorari denied. *Frederic A. Johnson* and *Rudolph · Lion Zalowitz* for petitioners. *Frank S. Hogan* and *H. Richard Uviller* for respondents.

No. 752. MARTIN *v.* STRAITZ, GUARDIAN, ET AL. Supreme Court of Florida. Certiorari denied. *Earl R. Stanley* for petitioner.

No. 755. ESTATE OF DAVENPORT *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Charles B. Markham* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Robert N. Anderson* and *Robert A. Bernstein* for respondent. ■

No. 759. MUNTON *v.* CALIFORNIA. District Court of Appeal of California, Second Appellate District. Certiorari denied. *Morris Lavine* for petitioner. *Stanley Mosk*, Attorney General of California, *William E. James*, Assistant Attorney General, and *Calvin W. Torrance*, Deputy Attorney General, for respondent. ■